447 A.2d 662

Commonwealth v. Hartman, Appellant.

Petition for Allowance of Appeal
Denied Feb. 23, 1983.

Submitted December 1, 1981. Scott Lee Kelley, for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Order affirmed.

447 A.2d 663

Commonwealth v. Henderson, Appellant.

Submitted September 23, 1981. Roy A. Keefer, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

The judgment of sentence of the learned Dauphin County Common Pleas Court Judge John C. Dowling is affirmed.